FILED

DEC 15 2005

RICH...
CLERK, U...
NORTHERN DI... COURT
... OF CALIFORNIA
SAN JOSE

**NOT FOR CITATION**

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case Number CR 00-20028-04 JF |
| Plaintiff, | ORDER RE CORRESPONDENCE DATED NOVEMBER 4, 2005 |
| v. | |
| KHOI VAN LUONG, | |
| Defendant. | |

The Court has received correspondence from Defendant Khoi Van Luong, dated November 5, 2005, in which Defendant requests that the Court modify his sentence to reflect good time credits. The Clerk of the Court is directed to file this correspondence.

It appears that the most appropriate manner in which to construe Defendant's letter request is as a motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255. However, characterization of Defendant's request as a § 2255 motion might have serious consequences for Defendant, because such characterization would subject any later motion under § 2255 to the restrictive conditions that federal law imposes upon a "second or successive" (but not upon a first) federal habeas motion. *See Castro v. United States*, 540 U.S. 375, 377 (2003). The Court cannot characterize Defendant's letter request as a motion pursuant to § 2255 without

1 warning Defendant of these potential adverse consequences and giving Defendant an opportunity
2 to withdraw or amend his filing.
3     Accordingly, Defendant is granted thirty (30) days in which to file a document informing
4 the Court whether he wishes to proceed under § 2255.  If Defendant does not file such a
5 document, the Court will assume that Defendant wishes to withdraw his letter request.  If
6 Defendant does elect to proceed under § 2255, notice shall be given to the government so that it
7 may file a response.
8     IT IS SO ORDERED.

11 DATED: 12-12-05

13 JEREMY FOGEL
United States District Judge

2

Case No. CR 00-20028-04 JF
ORDER RE CORRESPONDENCE DATED NOVEMBER 4, 2005
(JFLC2)

1 | Copies of Order served on:
2 |
3 | Defendant *pro se*:
4 | Luong Khoi Van
    99598-011
5 | McRae Correctional Facility
    1000 A Jim Hammock Drive
6 | McRae, GA  31055

3

Case No. CR 00-20028-04 JF
ORDER RE CORRESPONDENCE DATED NOVEMBER 4, 2005
(JFLC2)